# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-5143**             **September Term, 2022**

**1:19-cv-02316-RC**

**Filed On:** March 27, 2023

William Pakosz,

      Appellant

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

      Appellees

Michelle Boulton and Rick Dale Hollingsworth,

      Appellants

    **BEFORE:**     Pillard, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the record from the district court and the briefs filed by the parties; and the motion to dismiss filed July 11, 2022, the response thereto, and the reply; it is

**ORDERED**, on the court's own motion, that the parties file motions to govern further proceedings by June 20, 2023, in light of the district court's March 20, 2023 order dismissing all remaining claims in this case.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:     /s/
              Amanda Himes
              Deputy Clerk